UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIMBERLY D. AUSTIN and
HARVEY M. JOHNSON, personal
representatives for The Estate of
Jamee Christopher Deonte Johnson,

    Plaintiffs,

CASE NO: 3:21-CV-00217

v.

JOSUE GARRIGA,
in his individual capacity;
MIKE WILLIAMS,
in his official capacity as Sheriff of the
Consolidated City of Jacksonville and
Duval County;
THE CITY OF JACKSONVILLE, FLORIDA,

    Defendants.

## NOTICE TO DISMISS CASE WITH PREJUDICE

COMES NOW, Plaintiffs Kimberly D. Austin and Harvey M. Johnson, in the above-styled action and hereby dismiss this case with prejudice after the parties reached a settlement agreement.

This 5th day of September 2023.

Law Office of Harry M. Daniels, LLC

/s/Harry M. Daniels

4751 Best Rd Suite 490
Atlanta, Georgia 30303
P: (678) 664-8529
Fax: (800) 867-5248
daniels@harrymdaniels.com

100 S. Ashley Dr.,
Suite 600
Tampa, FL 33602
Nharris@cfjlaw.com

Harry M. Daniels, Esq.
Bar No. 234158
Attorney for Plaintiff


Champions for Justice Law, LLC
Norman Harris, Esq.
Bar No.
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via electronic mail on this 5th day of September 2023:

OFFICE OF GENERAL COUNSEL CITY OF JACKSONVILLE

Sean B. Granat
SGranat@coj.net

Gabriella Young
GCyoung@coj.net

Sonya Harrell
SonyaH@coj.net

Brett Gordon Mereness
BrettM@coj.net

Jon Robert Phillips
jphillips@coj.net

Law Office of Harry M. Daniels, LLC

/s/Harry M. Daniels