UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HARVEY M. JOHNSON and
KIMBERLY D. AUSTIN, personal
representatives for the Estate of
Jamee Christopher Deonte Johnson,

  Plaintiffs,

v.             Case No. 3:21-cv-217-MMH-PDB

JOSUE GARRIGA, in his individual
capacity, et al.,

  Defendants.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Plaintiffs' Notice to Dismiss Case With Prejudice (Dkt. No. 35; Notice) filed on September 5, 2023. In the Notice, Plaintiffs seek dismissal of this matter with prejudice. See Notice at 1. However, Plaintiffs have failed to comply with the requirements of Rule 41(a)(1), Federal Rules of Civil Procedure (Rule(s)). This Rule states in pertinent part:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal *signed by all parties* who have appeared in the action.

Rule 41(a)(1) (emphasis added). The Notice filed by Plaintiffs is signed only by counsel for Plaintiffs. See Notice at 1-2. Because an answer was filed by Defendants, in order for a request for dismissal to be effective, it is required to be executed by counsel for all parties who have appeared in this action. See Rule 41(a)(1). Accordingly, the Court will strike the Notice. Plaintiffs may file a properly executed stipulation of dismissal with prejudice in order to terminate this action. In light of the foregoing, it is hereby

**ORDERED:**

1. Plaintiffs' Notice to Dismiss Case With Prejudice (Dkt. No. 35) is **STRICKEN**.

2. The parties shall have until **November 6, 2023**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

3. If the parties have not filed settlement pleadings or a request for additional time by the **November 6, 2023**, deadline, this case will automatically be deemed to be dismissed without prejudice.

4. The final pretrial conference scheduled for January 22, 2024, is cancelled, and this case is removed from the February 2024, trial term.

5. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of September, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record