UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KIMBERLY D. AUSTIN and
HARVEY M. JOHNSON, personal
representatives for The Estate
of Jamee Christopher Deonte Johnson,

      Plaintiffs,

v.   Case No. 3:21-CV-217-MMH-PDB

JOSUE GARRIGA, in his Individual capacity;
MIKE WILLIAMS, in his Official Capacity
as Sheriff of the Consolidated City of
Jacksonville and Duval County;
THE CITY OF JACKSONVILLE, FLORIDA,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Kimberly D. Austin and Harvey M. Johnson, as personal representatives for the Estate of Jamee Christopher Deonte Johnson, and Defendants, Josue Garriga, in his individual capacity, and Mike Williams, in his official capacity as Sheriff of the Consolidated City of Jacksonville, Florida, by and through the undersigned counsel pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure and this Court's Order of September 6, 2023 (Doc. 36), stipulate that all claims in the above-captioned action are voluntarily

dismissed with prejudice, with each party to bear their own attorney's fees and costs related to this case.

Dated: November 3, 2023

                                            Respectfully submitted,

**LAW OFFICE OF HARRY M. DANIELS, LLC**
*/s/ Harry M. Daniels*_____
**HARRY M. DANIELS, ESQ.**
Bar No. 234158
4751 Best Rd Suite 490
Atlanta, Georgia 30303
P: (678) 664-8529
Fax: (800) 867-5248
daniels@harrymdaniels.com
Attorney for Plaintiffs

**OFFICE OF GENERAL COUNSEL**
*/s/ Sean Granat*_____
**SEAN GRANAT, ESQ.**
Florida Bar No.: 138411
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)
sgranat@coj.net; dorothyo@coj.net
Attorney for Defendant Garriga

**CHAMPIONS FOR JUSTICE LAW, LLC**
*/s/ Norman Harris*_____
**NORMAN HARRIS, ESQ.**
Bar No. 77474
100 S. Ashley Dr., Suite 600
Tampa, FL 33602
Nharris@cfjlaw.com
Attorney for Plaintiffs

**OFFICE OF GENERAL COUNSEL**
*/s/ Sonya Harrell*_____
**SONYA HARRELL, ESQ.**
Florida Bar No.: 42803
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)
SonyaH@coj.net
Attorney for Sheriff Mike Williams, in his official capacity as Sheriff of Jacksonville, Florida

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

        */s/ Harry Daniels*
        Attorney